JEROME BUFFALOHEAD, #70630
Name

Norton Corr. Fac.

P.O. Box546
Norton, Kansas 67654

Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| Jerome Buffalohead, Plaintiff | CASE NO. 24-3035-JWL |
|---|---|
| *(Full Name)* | *(To be supplied by the Clerk)* |
| OFFICER KEVIN COOK  V. | |
| CSI KINCAID, Defendant(s) | CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983 |

## A. JURISDICTION

1) Jerome Buffalohead, is a citizen of Kansas
   *(Plaintiff)*                      *(State)*

   who presently resides at NCF, Po. Box 546, Norton, Kansas 67654
   *(Mailing address or place of confinement.)*

2) Defendant Officer Kevin Cook is a citizen of
   *(Name of first defendant)*

   Kansas   Lansing, Kansas, and is employed as
            *(City, State)*

   Correctional Officer, Lansing . At the time the
   *(Position and title, if any)*

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state

   law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

   He was an correctional officer employed by and through

   the State of Kansas; under kansas law and statutes.

3) Defendant __CSI   Kincaid__ is a citizen of
   *(Name of second defendant)*

   __Kansas , Lansing, Kansas__, and is employed as
   *(City, state)*

   __CSI Investigator__. At the time the
   *(Position and title, if any)*

   claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [X] No [ ]. If your answer is "Yes", briefly explain:

   He was an correctional officer employed by and through the State of Kansas; under Kansas law and statutes.

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   § 1997e(e) Mental and Emotional injury; The Plaintiff Suffered an Eighth Amendment claim, and experienced actual physical injury.

B. NATURE OF THE CASE

1) Briefly state the background of your case:

   This is a Eighth Amendment violation for a failure to protect. The Defendant Officer Kevin Cook acted maliciously and sadistically, with the cupable state of mind, he intentionally open my cell door and allowed inmates to horrendously attack me, at the time the cellhouse was on lock down. No one was suppose to be outside of their cell. The investigating officer attempted to cover up, and hinder the Plaintiff's litigation. violating supervisor liability; he failed to preform a statutory and regulatory duty.

2

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Eighth Amendment; Failure to protect.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

Please see attached page,

B) (1) Count II: Supervisor Liability, Conspiracy.

(2) Supporting Facts: Please see attached page,

Con.(1.) Supporting Facts, On July 15, 2022 I suffered a brutal attack that almost ended my life. I was stabbed (9) nine times. The whole cellhouse was on lock down and it was virtually impossible for two inmates to effect such an attack without the assistance of the officer. Officer Kevin Cook intentally opened my cell door and allowed two inmates to enter into the domicile I resided in A3, 103.

This occured around or about 6:00 pm - 7:00 pm. I have requested for the cammera footage between those times through a freedom of information request.

I suffered a puncher wound to my lung, neck wound, and puncher wounds in several other areas. I went to the hospital at KU Medical center. Upon my return I [did not] receive any misconduct reports for fighting or being out of place. EAI Gift witness the video tape and will attest to the fact that the information presented in the investigating officer's report is erroneous and false within efforts to cover for his cohorts.

Con.(2) Supporting Facts, CSI Kincaid implicated himself when he did the investigation into this matter. I was stabbed (9) nine times. Two inmates entered my domicile and commenced to stabbing me. The whole incident was on video tape., The record will reflect that the whole cellhouse was on lock down.

In addition, supporting the facts that his investigation was a cover up, I never received any misconduct reports. EAI Gift will attest to a whole differnt version of the events that taken place on this day.

Adding insult to injury, Mr Kincaid stated on the record that no mental or emotional injury was suffered by me. Prior to this incident I was not seeing mental health, I now suffer from P.T.S.D., I have to live in fear and have to deal with this for the rest of my incarceration. Mr. Kincaid made a base less assumption not supported by a mental health assessment. Unfortunately his report was adopted by the Secretary of Correction, who I am sure [did not] review the video tape.

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: N/A

      Defendants: N/A

   b) Name of court and docket number N/A

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

   d) Issues raised N/A
...

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [X] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_____

_____

_____

_____

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

$250,000.00 total. 80,000.00 individually and severly.

90,000.00 individually and severly punitive damages, and

80,000.00 individually and severly compensatory damages.

Nominal damages.

_____

Pro se, JeRome Buffalohead #70630

Signature of Attorney (if any)                                    Signature of Plaintiff

Norton Correctional Facility

P.o Box 546

Norton, Kansas 67654

(Attorney's full address and telephone number)