# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name Jerome Buffalo Head Number 0070630

Facility L.C.F Housing Unit A1 1?? Work Detail None

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPT AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (Form 9s or other correspondence and response from staff member). I'm writing this complaint on officer Kevin Cook CSI He's worked Here since 1-28-2008 so he knows what his job title is and far from being New and Knows whats Right and this field. On 7-15-22 Kevin Cook CSI was working A3 shift started at 6pm Kevin Cook CSI Let two Inmates in my cell 103 when it was no reason for the officer to open my cell door at all. So then A/S A) Building was on lockdown status if you don't have a job, program or callout you was in your cell at all times. If they wanted something why didn't he use my bean whole? There was no reason for him to open my door

Date this case given to Unit Team for informal resolution (to be completed by inmate). 11-28-22

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.) RECEIVED

I have investigated your concerns outlined in the attached grievance. 44-15-101 Grievance Procedure; Informal Resolution; formal levels; (b) states, 'Before utilizing the grievance procedure, the inmate shall be responsible for attempting an informal resolution of the matter with the personnel who work with the inmate on a direct or daily basis. An inmate in a facility or parole setting shall contact the unit team members for the attempt at informal resolution. You are encouraged to wait for the informal resolution prior to submitting the grievance. You need to submit an informal on a form 9 not the DC. No further action deemed necessary at this time

JAN 13 2023

Unit Team Signature [signature] 12/16/22 Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_____ I am not satisfied with the Unit Team response and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

Inmate Signature _____ Date _____

**WARDEN RESPONSE** (Complete, attach response and return within 10 working days.)

Date Received _____ Date of Final Answer _____ Date Returned to Inmate _____

Inmate's Signature _____ Date _____ Unit Team Signature _____ Date _____

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**

Grievance Serial Number _____

Type of Complaint (Item 4: Code 01-75) _____ _____

Cause of Complaint (Item 5: Code 01-30) _____ _____

[illegible] (Code 01, 02, 08 or 09) _____ _____

## KANSAS DEPARTMENT OF CORRECTIONS Adult Goodtime Award Record

Facility: Lansing Correctional Facility

Inmate: 2

These are up to date: Emergency Info ☒; ID ☒; Visiting List ☒; Phone List ☒; Central Monitors ☒; TAPS ☒

Record Type: Regular Award Record #: 11 Award/Record Date: 12/15/2022

Type of Award: SB 14

(if the inmate is serving active concurrent sentences awards/records may need to be created for each sentence)

Award period: From: 7/24/2022 To: 11/24/2022

(120 days unless initial or final, leave blank for restoration and forfeiture)

GT Credits available for award period: 23 # of credits awarded: 23 # of credits withheld: 0

Reason for withholding:

Forfeiture # of Days:

Restoration of Withheld [illegible] ... comments re [illegible]

Comments: _____

PMC: _____ Date: _____ approve ☐ disapprove ☐ Date

Comments _____

PMC: _____ Date: _____ approve ☐ disapprove ☐

Comments _____

PMC: _____ Date: _____ approve ☐ disapprove ☐

Comments _____

Warden's Designee and Date _____ Records Clerk/Designee and Date _____

[illegible] Management Area

Informal resolution

EN RE: CSI Kincaid "Grievance officer of L.C.F" has lied, Falsified information in his response to my personal injury claim, Dated 7.15.22 #AA1155545

Facts: 1. CSI Kincaid cite's that COI cook, did not open my cell door A-3.103, At A time in which "It was not supposed to be open" which directly led to inmate's stabbing me.

2. CSI Kincaid cite's that the injuries I received from these inmate's stabbing me were Quote: "most of which were relatively minor";

3. CSI Kincaid cite's that I do not suffer from PTSD related to my be stabbed and Nearly Killed, Because He cite's that his evidence Is that I sought mental health treatment for "unrelated psychiatry and psychiatric medications" prior to my Assault on 04.11.22, But I wasn't Assaulted until 07.15.22.

4. Due to CSI Kincaid's submitting this falsified report to my filed personal injury claim, He recommeded that my personal injury claim be denied.

Conclusion made of CSI Kincaids report:

A. To the findings of # #1, cited Above:

1. From the day this Assault took place, Every staff member involved from the Day It happened through the investiga process, have All addmitted they Knew that whether COI cook opened my cell door Knowing I was going to be assaulted or not, The "Fact" that he opened It when he shouldn't have mean's he's Action's directly le. to my Assault.

2. The fact that CSI Kincaid "somehow" fails to even pretend to address "How my cell door was opened, or why It was opened, or how I got outta my cell

[Left margin, written vertically:] X Amount of pages, Address 1, 2, 3 to C.I. Cobb, And I must write the Informal resolution, see attached [illegible]

up the fact that the "Action's of their officer, CSI cook" directly led to my Assault.

3. CSI Kincards lack of investigating this very "particular Factual Element" of my personal injury claim, I believe is direct proof that CSI Kincard and therefore L.C.F. knowingly has provided false information during an investigative process to cover up the negligent if not felonious act of violating clearly written policy & procedure's. "A clear violation of IMPP 02-118." That CSI cook made that day opening my cell door.

4. CSI Kincards response to my personal injury claim, clearly rise to the felony K.S.A. standards of "Aiding and Abetting a felon" and or "conspiracy to cover up a felony committed by one of his fellow officer's"

B. To the findings of, #2 cited above;

1. If Centurion/L.C.F. medical was truely contacted to investigate the depth of the injuries I received during the assault/stabbing. on 7.15.22.

2. CSI Kincard would have noted that one of my lung's was collapsed due to being stabbed in my lung. which clearly is NO minor Injury.

3. The fact that CSI Kincaid somehow doesn't mention this very severe injury in his conclusion's made during his response to my personal injury claim, I believe is direct proof that CSI Kincard knowingly and with purpose lied/falsified information in his response to my personal injury claim to cover up the fact that I was severely injured and could have died due to CSI cook opening my cell door.

C. To the fact finding of #3 cited above:

1. The fact that CSI Kincaid seem's to marginalize this severe assault made on my life, and cite's that I do not know suffer from PTSD. because I sought treatment for my mental health concerns to an unrelated mental health concern prior to me being assaulted, Is both negligent and abusive. The fact that CSI Kincaid believe's he can marginalize to severe nature of the assault on my life, is a direct abuse of his power,

2. As well as further proof that CSI Kincaid and L.C.F. want to find a way to minimize the assault on my life and the responsibility of CSI cool's involvement in that assault on my life,

D. As to the findings of: #4 cited above:

1. It is more than clear that CSI Kincaid has fasilfied the information in his response to my personal injury claim,

Recommendation:

1. As of this time I am officially requesting via: K.S.A. 45-215, Kansas open record act that any and all E. mails, narrative's, incident reports, and video from A.3 proving how and when my cell door was opened, until, and after I was stabbed be included in the investigation of this informal resolution,

2. This requested information must be recorded / saved for both the purpose's of criminal and civil future actions. Any failure to comply with this request can and will be viewed as, a felony obstruction of justice, as well as a clear interference with my access

5, At this time I am requesting A meeting with the Leavenworth county D.A.'s office to discuss the ability to seek criminal charges related to the assault on my life, as well as the clear attempted cover up of CSI Cook being A participate in my Assault, Along with the clear fabrication / falsification of Information cited in CSI Kincaids respon. to my personal injury claim,

APPEAL OF GRIEVANCE TO SECRETARY OF CORRECTIONS

Inmate Name: Jerome Vance Buffalohead Facility: LCF

Inmate Number: 0070630 Grievance Serial No.: ______

(Attach grievance report with Principal Administrator's response or explanation why Principal Administrator is bypassed.)

MAIL TO: Kansas Department of Corrections
714 SW Jackson
Suite 300
Topeka, KS 66603

Date Mailed: 1-10-23

Tell the Secretary what you feel the Principal Administrator should have done, and state what action you believe the Secretary should take. (Use extra paper as needed.) why did officer Cook CSII have any reason why he opened my cell 103 in A3 and let two Inmates in my cell to harm me then walked away after opening the cell door Even when A building was on lockdown Status Jerome Vance Buffalohead
So you couldn't for no reason to be out of your cell AS if you had a call-out OR → on the back

Signature of Inmate

DECISION BY SECRETARY OF CORRECTIONS (to be completed and returned with 20 days)

If applicable – Confidential File No. ______

Date Received in Office of Secretary of Corrections: ______

Date of Final Answer: ______ Date Sent to Inmate: ______

Finding of Fact:

Conclusions Made:

Action Taken:

______
Signature of Secretary of Corrections

**For D.O.C. Staff Use Only**

Type of Response (Item 6b: Code 01, 02, 08 or 09) ______

program, a Job as a port - or anything that, the officer had on there sheet of the call-outs and who Has yard that day, And it was the other sides yard but the odd side was all locked down and when officer cook CSII was on his shift change the do a check to make sure the ones that, are suppose to be locked down was in there cell, so when he came up to cell 103 officer cook CSII seen me and Inmate Doey that Lived in the cell 103 with me the officer made eye contact with both of us. Also we told him several times not to open are door. He did anyways then I began to fight for my life. Because the reason why I pushing this issue is because when he opened my cell Door began to walk back to the desk, like nothing was going on, Even my cell Door was wide open why I was getting stabbed. There was no reason for your officer cook CSII to open my cell Door and if they wanted something why didn't the officer open my beanhole because we was on lockdown status As but All of A building was lockdown But I just want everything to be fair and Even your Answer to any of this matter I have wrote to you is the truth and I've went by doing everything Right. Thank you...

Also the unit team didn't do the homework to check and see if I did an Informal Resolution on this matter, I Even got the officer that signed off on them and placed them on the unit team cobbs desk. Also you see they didn't Even finish my Grievance didn't Even fill out the Even fill out the Even give me a serial no! for the ... of it or Give me a Serial no!

INMATE REQ[UEST] TO STAFF MEMBER

To: ______ (Name and Title of Officer or Department)

Date: ______

______ Unit Team, Detail, or Cellhouse Officer's Signature

To be retained by inmate

first step proof

Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

Buffalohead
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

70630
Number

## INMATE REQUEST TO STAFF MEMBER

To: Unit team Cobble [illegible] (Name and Title of Officer or Department)

Date: 7-23-22

State completely but briefly the problem on which you desire assistance. (Be specific.)

Informal Resolution

In Regaurds of your officer Crook on 7-15-22 between 6pm 7pm your officer looked in my Cell and Seen Jerome Buffalohead 70630 + Day my cellie was in there and he opened the Cell door with his keys to let two Inmates in my Room then walked back to the desk. Then I Started to fight for my life becaus[e] was getting Stabbed in my neck my Spin and Broke my Ribs →

Work Assignment: N/A

Living Unit Assignment: A1 116

Comment:

Detail or C.H. Officer: CSI Slack Hold

Disposition:

To: ______ (Name & Number)

Date: ______

Disposition:

______ Employee's Signature

P-0009

To be returned to inmate.

INMATE REQU_T TO STAFF MEMBER

To: ______ (Name and Title of Officer or Department) Date: ______

______ Unit Team, Detail, or Cellhouse Officer's Signature

To be retained by inmate

First step proof

Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

Bufflehead
Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS

0070630
Number

INMATE REQUEST TO STAFF MEMBER

To: Unit team Cobb Date: 7-23-22
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.) me Informal Resolution

And punctured my lung we was in my cell for atleast 3mins fighting for my life. Also then I gotten away out of my cell because I couldnt breath [illegible] when [illegible] [illegible] [illegible] was like [illegible] wrong [illegible] breath then Rush said call medical but then I was going in and out not able to see [illegible] my whole body went in to shock then the norse ca[illegible]

Work Assignment: N/A
Living Unit Assignment: A 166
Comment: [illegible] corrections, and my family [illegible]
Detail or C.H. Officer: [illegible]
[illegible] all this

Disposition: Thank you for all your time

To: ______ (Name & Number) Date: ______

Disposition: ______

______ Employee's Signature

To be returned to inmate.

P-0009

1-9-23

Mr or Ms

Secretary of Corrections Im writing this letter to you explaining my appeal of grievance and the issues Ive been having in this matter. So Im asking respectfully that you take everything Im saying into consideration & please understand the truth of this matter. One of the problems Ive been dealing with is that some of your officers as well as unit team has lied on me and what has really happen due to my situation of being stabbed also them saying that I didnt do my grievance correctly, which I have proof that I did I even have the tops of all my form 9s That I filled out for my Informal Resolution on officer Kevin Cook CSII, officer supervisor Shackelford signed the form 9s and remembers placing them on the unit team Cobbs desk at the time. Ive been trying to get this form sent to you about a week & a half now. Everyone I asked to help me find this form has been giving me the run around until today, legal services responded with a copy due to my form 9. Another problem I ran into is with officer Kincaid CSI that also did my Injury claim stating that I wasnt in my own room when I got stabbed by 2 Inmates which I was, He is telling me that everything happend in front of A3 Room 227 which is a lie, I was never around there period. When your officer Kevin Cook CSII was doing his rounds about 6pm shift change on 7/15/22 approched my cell 103 and seen that me & my cellmate Mr. Day was both in there & for some reason started to open our door which we both told him not too & once he did he walked off knowing that 2 Inmates rushed into my cell & stabbed me up bad almost losing my life, this officer has been working off & on since 2008 and there is no reason or acuses why this should of happen

(2)

He knows How everything works Its nothing knew to Him, Theres No Reason For my Door to Be open at this time knowing that (103) the odd side was suppose to Be All locked down & the even side was open to go to yard Also keep in mind tha All of A cell House Has Been on lock Down & the only way to Be out your Dell is Being on Some type of Call out, programs or If you Have A Job But me nor my cellmate Mr. Da Didnt Have none of this going on. We Both told the officer several times that we Didnt want our Door open. And instead of opening the Door why not use the Bean Hole [illegible] for any other Reasons? Im 43 years old thats Already fighting Health problems & my left foot is still messed up now And I Have to walk with a knee even Before All this Happen to me. Another problem Is that Im still waiting on Alot of my paperwork to get Back to me, I put in on the kansas open Records Act asking for All the Emails narrative electronic Documents And investigation Reports on All that uptains to this matter that Happen on 7/15/22 in A3 Around 6pm shift change. ever since I wrote these officers up I feel like most of the others Are Against me now And I Honestly Dont feel Safe Being At this facility knowing I Really Almost lost my life for An officer opening my door & letting that Happen to me. I even HAD my family & love ones call up Here to talk with my unit team & Also someone thats Higher up About my safety And to find out whats going on with me And these so called professional was Rude to my people And Really not taking my situation serious thats why I Dont feel Safe Here, they tell me Ill Be transfered first thing But nothing Has Happen yet. Everyone that was involved Has Been shipped out But one person which Is in General population As I write this letter. Ive Been mistreated Alot while Being Down Here in protected custody which EAI put me Down Here But Ive Been told By staff A couple times now that they were trying to kick me out Back

to population which isn't the best choice for me, I've Recieved A couple Messages tell me not to come Back out to population & the thing for me is to get transfered to Another prison. Another Reason I dont feel safe here is that Al Suppose to Be A (P.C.) program or OSR status But now they have Alot of (G.P.) people that is mixed in with P.C. OSR so my question is how is this protective custody not only myself But we dont feel safe Down here with mixing everybody up with G.P. people, IF thats the case we would Be in population ourselfs. Just Resently my next door neibor Died on the 7th By his cell mate chocking him to De And he was warning the CO yelling over 30 mins to get him out of there But like most CO's didnt take what he was saying serious now look what happen. Im asking to please take all Im saying serious and help me Be transfered so I feel somewhat safe again, I didnt do Anything wrong & Im stuck down here for my safty But I cant order canteen food. Im trying to Reach out for help not only for myself But others too thats going through simmular problems. Im asking for you to Be fair for us And help my family love ones & kids to stop worrying about IF Im going to make it out of here.

Thank you for your time on this matter of mine Mr or Ms Secretary of Corrections & God Bless you, I pray things change for me soon...

Sincerely [signature] 1/9/23
0070630

officers signing off on this matter

CSI Shackelford

Also officer Shackelford said if I have to call him as a witness he said to call him.

A1 117

# MEMO




**DATE:** 2-01-2023

**TO:** Buffalohead, Jerome # 70630

**FROM:** CSI Kincaid Grievance officer

**SUBJECT:** Grievance

---

I am returning this grievance to you unnumbered because you did not follow the grievance process as indicated in **KAR 44-15-101 (b) Time limits for filing grievance**. The incident happened 7/15/2022 and did not file your grievance till 11/28/2022.

Your grievance is also being returned to you for failure to follow the grievance procedure as outlined in **KAR 44-15-102.**

You must first seek out "Informal Resolution" with your Unit Team Manager, UTM Opliger. A written form-9 response must be attached to any submitted grievance or the receipt of the Form 9 if you have not received a response within the 10 day timeline.

**44-15-102. Procedure**

**(a) Grievance step one: preliminary requirement; informal resolution and problem solving at unit team level.**

**(1) Each inmate shall first seek information, advice, or help on any matter from the inmate's unit team, or from a member of the team. If unable to solve the problem, the unit team shall refer the inmate to the proper office or department.**

The grievance procedure requires you to attach documentation of attempts at informal resolution prior to filing a formal grievance (i.e. Form -9s, or other correspondence and response from staff member.)

Please work with your Unit Team in an attempt to resolve this issue. If those attempts fail, you may resubmit your grievance with supporting documentation of your attempt at informal resolution.

**44-15-102 (b) Grievance step two complaint to the warden**: if any inmate receives a response but does not obtain a satisfactory solution to the problem through the informal

resolution process within 10 calendar days, the inmate may fill out an inmate grievance report form and submit it within 3 calendar days after the deadline for the informal resolution.

When your grievance was returned to you with the unit team's response you should have indicated that you felt it was not satisfactory and retuned the claim to the warden's office for investigation and attempt for remedy. Instead, you attempted to process the grievance in step 3 the appeal to the secretary of the corrections. In the future, please follow all steps through their time restraints.

Additionally: I understand from classification staff that your application for compact is being reviewed and you are number 8 on the transfer list.

INMATE RE JEST TO STAFF MEMBER

To: ______________________ Date: ______________________
(Name and Title of Officer or Department)

______________________
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment ______________________
Interview Requests

Buffalohead
**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

70630
**Number**

**INMATE REQUEST TO STAFF MEMBER**

**To:** EAI Gift + Bryant **Date:** 10-3-22
**(Name and Title of Officer or Department)**
**State completely but briefly the problem on which you desire assistance. (Be specific.)**

Im writing+requesting That Any and all paper & Electronic Records 7-15-22 the relating to the assalt on Buffalohead #70630 when he was stabbed, IE Video Emails Narratives of the Incident reports text messeages ETC... Be Saved on a flash drive for any future legal - Civil or Criminal filing Any failure to Honor this request Can and will be veiwed AS Conspiracy →

Work Assignment: N/A Living Unit Assignment: A1 117
Comment: ______________________ Detail or C.H. Officer: CO1 Sloan

---

Disposition: ______________________

To: ______________________ Date: ______________________
(Name & Number)

Disposition: It has already been saved.

Employee's Signature

**To be returned to inmate.**

**P-0009**




714 S.W. Jackson St., Suite 300
Topeka, KS 66603

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

Received

JAN 27 2023

Warden's Office-LCF

January 18, 2023

TO: 0070630 Buffalohead, Jerome

Lansing Correctional Facility

RE: Grievance # NA

I am writing to you in response to your grievance report form that we received.

K.A.R. 44-15-102 requires an inmate to file a formal grievance with the principal administrator of the facility before appealing to the Secretary.

The content of your grievance form reflects no evidence that you filed your grievance with the facility principal administrator before pursuing an appeal with the Secretary.

In accordance with K.A.R. 44-15-102 (c) (4), we are forwarding your grievance to the warden of the correctional facility where you are housed. If you have further questions regarding this matter, we suggest that you contact your unit team.

Sincerely,

Darcie Holthaus CMII
Corrections Manager, Facility Management

cc: Warden Cheeks
w/attachments
Image: SOCRESP
w/attachments

Sincerely,

Darcie Holthaus CMII
Corrections Manager, Facility Management

cc: Interim Warden Geither
w/attachments
Image: SOCRESP
w/attachments

IC /




714 S.W. Jackson St., Suite 300
Topeka, KS 66603

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Acting Secretary

Laura Kelly, Governor

June 28, 2023

TO: 0070630 Buffalohead, Jerome

Lansing Correctional Facility

RE: Informal Grievance Letter

Your letter to Governor Kelly was forwarded to the Secretary of Corrections Office for response. This correspondence prompted a review of the incident you reference.

The incident was originally reviewed when you filed a personal injury claim for $500,000 on August 04, 2022. The amount of the claim was outside the time frame and was in excess of the limit for a personal injury claim per IMPP. The claim is denied on both of those facts; however, due to the injury you received we did move forward with a review of facts to ensure you were not intentionally harmed by staff actions.

The initial review by CSI Kincaid, he did not find any staff negligence resulting in the harm done to you.

In reviewing the initial report by CSI Kincaid, we did find an error in him identifying the wrong victim, as this event led to a chaotic scene with multiple people being involved and/or injured. In the interview with Officer Cook it is clear he was attempting to gain control of the unit and instructing people to lock down. He was opening cell doors in an attempt to give individuals access to their cells in order to comply with his lock down directives. The officer had no intention of allowing harm to come to you or any other resident in the unit that day.

You were given immediate and adequate medical attention. You were given proper medical follow-up care for your injuries, none of which were life-threatening. You have also been and continue to be encouraged to meet with Behavioral Health staff to help you with any mental health issues you may be experiencing.

Please continue to reach out for assistance as needed.

Sincerely,

Darcie Holthaus CMII
Corrections Manager, Facility Management

cc: Interim Warden Geither
w/attachments
Image: SOCRESP
w/attachments

RECEIVED
AUG 26 2022
DOC Facility Management Area

Page 1 of 2, Attachment A, IMPP 01-118D
Effective 12-21-21

# PROPERTY DAMAGE/LOSS OR PERSONAL INJURY CLAIM FORM

Section I

| | | | |
|---|---|---|---|
| Filed **AT** Facility No.: | 01 | Facility Initials: | LCF |
| Filed **AGAINST** Facility No.: | 01 | Facility Initials: | LCF |

(Refer to PLC coding manual for facility no. & initials)

Name of Claimant (Last, First, MI): Jerome Buffalohead
KDOC Number: 706580

Type of Claim (circle one): Lost Property / Damaged Property / **(Injury)**

Amount of Claim: $500,000.00

Date of Loss Damage, or (Injury) (MO/DAY/YR): 7-15-22

Where Loss, Damage, or (Injury) Occurred:

If occurred in cellhouse, enter cellhouse/room number: A3 103

Otherwise, circle one of the following: Mailroom, R&D, Central Property, Laundry, Gym, Dining Room, (Other Location)

NATURE OF CLAIM (Set forth detailed facts, including date of loss, damage or injury, how it occurred, place of occurrence, how you claim institution or employee was negligent, and amount of the claim.): on 7-15-22 your officer Let to Inmates in my Room and they Stabbed me in my neck my head and my left Side Broke my Ribs and hit my lung Vedio +Audio you can See and 6pm between 7pm also Now Im Seeing mental Health when I've Never Seen them the whole time I've do my time in 23years havent Seen mental Health

I am aware that presenting a false claim may result in penalties (under K.S.A. 75-7501 et seq., K.A.R. 44-12-101 et seq., etc.), and I declare (or verify, certify or state) that the foregoing is true and correct to the best of my knowledge, understanding, and belief.

Claimant Signature: Jerome Buffalohead  Date: 8-4-22

Received from Resident/Claimant: Date: 8/5/22 Time: 850

UT Name (print): Alison Miller  UT Signature: Alison Miller  Claimant Initials:

Section II

Received by Warden/Superintendent on (MO/DAY/YR): AUG 08 2022  Facility Log No. Assigned: AA115545

Inquiry Report:

See attached

| Date (MO/DAY/YR): | Investigator Name (print): | UT Member or Investigator Signature: |
|---|---|---|
| 8/23/22 | CSI Kincaid | CSI Kincaid |

Section III

Warden/Superintendent's Findings:

Warden/Superintendent's Recommendation: (circle one)

01-Approved for same amount
02-Approved for lesser amount of ____________
03-Disapproved (circled)
04-Claim Withdrawn

Date (MO/DAY/YR): 8-25-22 | Signature - Warden/Superintendent or Designee [signature]

**Section IV**

Date Received by Central Office (MO/DAY/YR):

Secretary's Response:

Secretary's Recommendation: (circle one)

01-Approved for same amount
02-Approved for lesser amount of ____________
03-Disapproved (circled)
04-Claim Withdrawn
10-Held pending submission of supplemental data

Date (MO/DAY/YR): 9/1/22 | Signature - Secretary or Designee [signature]

**Section V**

Offer of Settlement (STAFF USE ONLY):

______________________________________________

______________________________________________

**CLAIMANT MUST COMPLETE THE FOLLOWING IF PAYMENT IS TO BE AWARDED**

I agree to accept the above offer as full and final settlement of this claim against the State of Kansas and any individual, employee or agent thereof, and I waive any claims against the State, its agencies or employees arising out of this incident.

| Date: | Claimant Signature: | Social Security No.: |
|---|---|---|

**NOTE:** This claim cannot be processed and paid by the Division of Accounts and Reports unless the claimant has disclosed his/her social security number. Any payments to resident claimants is to be in the form of credits to resident trust fund accounts.

Action by Accounts & Reports: **Paid** ____________ **Not Paid** ____________

**LANSING CORRECTIONAL FACILITY**

**MEDICAL DEPARTMENT**



August 22, 2022

TO: Whom it may concern

FROM: Kim Tilson, BSN, RN - Health Service Administrator

RE: Buffalohead, Jerome #70630 (A3-103)

**Resident has filed an injury claim related needing mental health services since being stabbed on 7/15/2022.**

**SUMMARY:**

The Resident reports having severe mental health issues since being stabbed on 7/15/2022 and bases his injury claim on the fact that he never needed mental health services prior to the attack. The resident did receive multiple stab wounds on the date of 7/15/2022, most of which were relatively minor. The mental health claim is not accurate. The resident requested psychiatry and psychiatric medications beginning 4/11/2022 for circumstances unrelated to and prior to the aforementioned attack.

If I can be of any more assistance in this manner, please call.

# MEMO




**DATE:** 08/23/2022

**TO:** Buffalohead, Jerome # 70630

**FROM:** CSI Kincaid Grievance Officer

**SUBJECT:** Property Claim # AA0115545

---

**Findings of Facts:** Buffalohead # 70630 is claiming that COI cook allowed an offender to *enter his room where he was stabbed and is now having PTSD issues.*

**Conclusion Made:** I have investigated this property claim and found the following.

In the process of investigating this claim, I reviewed applicable cameras and found that your claim that COI Cook allowed offenders into your room were false. You were out in the unit wondering and were attacked on the second floor around Cell 227 and you lived in A-3 103. I got a statement from the Health Service administrator that " the resident did receive multiple stab wounds on the date of 7/15/2022, most of which were relatively minor. The mental health claim is not accurate. The resident requested psychiatry and psychiatric medications beginning 4/11/2022 for circumstances unrelated to and prior to the aforementioned attack." Since the claims that the COI Cook allowed offenders into your room were found to be fabricated and that mental health services were sought before the attack and not as a result and there is no documented permanent damage.from incident, I am recommending this claim be denied.

**Recommendation:** Based on the information I received I am recommending this claim be denied.

EZ 188




714 S.W. Jackson St., Suite 300
Topeka, KS 66603

Phone: (785) 296-3317
Fax: (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Acting Secretary

Laura Kelly, Governor

June 28, 2023

TO: 0070630 Buffalohead, Jerome

Lansing Correctional Facility

RE: Informal Grievance Letter

Your letter to Governor Kelly was forwarded to the Secretary of Corrections Office for response. This correspondence prompted a review of the incident you reference.

The incident was originally reviewed when you filed a personal injury claim for $500,000 on August 04, 2022. The amount of the claim was outside the time frame and was in excess of the limit for a personal injury claim per IMPP. The claim is denied on both of those facts; however, due to the injury you received we did move forward with a review of facts to ensure you were not intentionally harmed by staff actions.

The initial review by CSI Kincaid, he did not find any staff negligence resulting in the harm done to you.

In reviewing the initial report by CSI Kincaid, we did find an error in him identifying the wrong victim, as this event led to a chaotic scene with multiple people being involved and/or injured. In the interview with Officer Cook it is clear he was attempting to gain control of the unit and instructing people to lock down. He was opening cell doors in an attempt to give individuals access to their cells in order to comply with his lock down directives. The officer had no intention of allowing harm to come to you or any other resident in the unit that day.

You were given immediate and adequate medical attention. You were given proper medical follow-up care for your injuries, none of which were life-threatening. You have also been and continue to be encouraged to meet with Behavioral Health staff to help you with any mental health issues you may be experiencing.

Please continue to reach out for assistance as needed.