Jerome Buffalohead #70630
N.C.F.
PO Box 546
Norton, KS 67654

February 23, 2024
MONDAY MORNING

Clerk of the District Court
United States District Court
490 U.S. Courthouse
444 SE Quincy
Topeka, KS 66683

PAGES 1 of 1

Dear Clerk:

please can you return to me a stamped filed copy of my 42 USC 1983 Civil rights petition, included my informa pouperis. ~~Please return to me a~~ Thank you for your assistance towards this matter.

with personal wishes,

Sincerely,

Jerome Buffalohead

page 1 of 1