## Names

| Name Type | Name |
|---|---|
| Conviction | BUFFALOHEAD, JEROME VANCE |
| True | BUFFALOHEAD, JEROME VANCE |
| Alias | BUFFOLAHEAD, JERMOE VANCE |
| Alias | BUFFALOHEAD, JEROME |
| Alias | BUFFALOHEAD, JEROME V |



(/kasper/search/image?kdocNumber=0070630&imageNumber=1)

**BUFFALOHEAD, JEROME VANCE**

**Approx Picture Date**

2021-12-02

## Birthdates

| Birthdate Type | Birthdate | Age |
|---|---|---|
| True | ▮▮▮▮▮▮ | 44 |

## Demographics

| Eye Color | Hair Color | Height | Weight | Gender | Race |
|---|---|---|---|---|---|
| Brown | Brown | 5'-7" | 190 | Male | American Indian or Alaskan Native |

## Current Status reported by Dept. of Corrections

| Work or Program Participation | Working in a job
| Earliest Possible Release Date (1) | Nov 14, 2028
| Current Status | Incarcerated
| Admission Date | Nov 20, 2020
| Current Location (2) | **Norton CF-Central** (http://www.doc.ks.gov/facilities/ncf)
| Custody Level | MIN Minimum

(1) This date could be affected by a parole board decision or good time and/or program credit.
(2) Click on Location for the Facility web site.

## Convictions

| County | Case Number (I) | Offense Date | Sentencing Date | ACS | Criminal Conviction Description | Counts | Crime Severity Level | Case Status (II) | State |
|---|---|---|---|---|---|---|---|---|---|
| Sedgwick | 17CR2629 | Aug 31, 2017 | Apr 03, 2019 | N/A | Criminal Possess weapon; Felon w/10 yr not firearm | 1 | Non Drug-Grid Severity Level 8 | Inactive | KS |
| Sedgwick | 19CR3702 | Jan 02, 2019 | Sep 17, 2020 | N/A | Dist/poss int dis heroin or meth GE 3.5g LT100g | 1 | Drug-grid Severity Level 2 | Active | KS |
| Sedgwick | 15CR784 | Mar 11, 2015 | Jun 26, 2015 | N/A | Agg Weapons Viol.; Viol 21-6301a1-a3 6302a1-a4 | 1 | Non Drug-Grid Severity Level 9 | Inactive | KS |
| Sedgwick | 14CR602 | Mar 12, 2014 | Dec 03, 2014 | N/A | Poss of opiates,opium, narc drugs or desig stim | 1 | Drug-grid Severity Level 5 | Inactive | KS |
| Sedgwick | 14CR602 | Mar 12, 2014 | Dec 03, 2014 | N/A | Criminal Possess Firearm; Felon or drug offender | 1 | Non Drug-Grid Severity Level 8 | Inactive | KS |
| Sedgwick | 14CR602 | Mar 12, 2014 | Dec 03, 2014 | N/A | Poss of opiates,opium, narc drugs or desig stim | 1 | Drug-grid Severity Level 5 | Inactive | KS |
| Sedgwick | 99CR461 | Oct 11, 1998 | Sep 10, 1999 | N/A | Opiates,Opium or Narcotic Drugs;Possession;1st Off | 1 | Drug-grid Severity Level 4 | Inactive | KS |
| Sedgwick | 03CR2141 | Sep 22, 2003 | Feb 19, 2004 | N/A | Aggravated Battery - Intentional, Bodily Harm | 1 | Non Drug-Grid Severity Level 7 | Inactive | KS |

(I) If Number includes  JV  : Extended juvenile jurisdiction adjudications with adult prison sentences stayed, then imposed.

(II) If Status includes * : Denotes Active for Post Release Supervision Only.

# KDOC Physical Location History(s)

| Location | Movement Date | Movement Reason |
| --- | --- | --- |
| Norton CF-Central | Sep 12, 2023 | Inter-Facility Movement |
| Lansing CF-East | Jun 13, 2023 | Inter-Facility Movement |
| Lansing CF-Central | Apr 05, 2021 | Inter-Facility Movement |
| Lansing CF-East | Jan 19, 2021 | Inter-Facility Movement |
| El Dorado CF-RDU | Nov 20, 2020 | New Court Commitment |
| Sedgwick County | Jul 20, 2020 | Intra-parole/CR |
| Unknown or N/A | Jul 20, 2020 | Expiration Of Sentence |
| Sedgwick County | Feb 07, 2020 | Intra-parole/CR |
| Sedgwick County | Jan 20, 2020 | Det. Par/CR Rtnd KS Supervsn |
| Sedgwick County | Jan 17, 2020 | Paroled To Detainer |
| Ellsworth CF | Jun 18, 2019 | Inter-Facility Movement |
| El Dorado CF-RDU | Apr 15, 2019 | New Court Commitment |
| Sedgwick County | Jul 15, 2018 | DOC War. Wthdrwn Supervsn I/S |
| Sedgwick County | Jul 15, 2018 | Intra-parole/CR |
| Unknown or N/A | Jul 15, 2018 | Expiration Of Sentence |
| Sedgwick County | Oct 06, 2017 | DOC Warrant Issued |
| Sedgwick County | Aug 31, 2017 | DOC Warrant Issued |
| Unknown or N/A | Aug 16, 2017 | Absconded |
| Sedgwick County | Jul 14, 2017 | In-State Post Release |
| Lansing CF-Central | Jul 14, 2016 | Inter-Facility Movement |
| Ellsworth CF | Aug 04, 2015 | Inter-Facility Movement |
| El Dorado CF-RDU | Jul 06, 2015 | Probation Viol. New Sentence |
| Unknown or N/A | Apr 06, 2006 | Expiration Of Sentence |

| Location | Movement Date | Movement Reason |
| --- | --- | --- |
| Norton CF-Central | Oct 28, 2004 | Inter-Facility Movement |
| El Dorado CF-RDU | Sep 28, 2004 | Probation Viol. No New Sent |
| Unknown or N/A | Dec 21, 2003 | Expiration Of Sentence |
| Sedgwick County | Dec 19, 2003 | DOC War. Wthdrwn Supervsn I/S |
| Sedgwick County | Dec 19, 2003 | Intra-parole/CR |
| Sedgwick County | Oct 12, 2003 | DOC Warrant Issued |
| Unknown or N/A | Sep 25, 2003 | Absconded |
| Sedgwick County | Feb 18, 2003 | In-State Post Release |
| Norton CF-Central | Dec 03, 2002 | Inter-Facility Movement |
| El Dorado CF-Central | Nov 21, 2002 | Parole Viol. No New Sentence |
| Sedgwick County | Nov 12, 2002 | DOC Warrant Issued |
| Unknown or N/A | Aug 28, 2001 | Absconded |
| Sedgwick County | Aug 01, 2001 | DOC War. Wthdrwn Supervsn I/S |
| Sedgwick County | Aug 01, 2001 | Intra-parole/CR |
| Sedgwick County | Jul 30, 2001 | DOC Warrant Issued |
| Sedgwick County | Jul 30, 2001 | DOC Warrant Issued |
| Sedgwick County | Jul 24, 2001 | In-State Post Release |
| Norton CF-Central | Sep 20, 2000 | Inter-Facility Movement |
| Topeka CF-RDU | Aug 28, 2000 | Probation Viol. No New Sent |

# Completed Programs

| Name | Completion Date |
| --- | --- |
| Workforce Support | Jan 17, 2020 |
| SAP | Oct 28, 2019 |
| SAP | Feb 14, 2017 |
| High Risk T4C | Mar 14, 2016 |
| Readiness | Mar 14, 2016 |

| Name | Completion Date |
|---|---|
| Intro to Cog | Mar 14, 2016 |
| High Risk OWDS | Mar 14, 2016 |
| Money Management | Mar 14, 2016 |
| Family Transition | Mar 14, 2016 |
| Parenting-PIO | Mar 14, 2016 |
| Literacy | May 06, 2005 |
| GED Preparation | Apr 27, 2001 |
| ADAPT | Mar 09, 2001 |
| Building Maintenance | Mar 02, 2001 |

# KDOC Disciplinary Report(s) since January 1996

| Date | Class | Location | Type of report |
|---|---|---|---|
| Nov 25, 2023 | 3 | Norton Correctional Facility - Central | Rest Area/Unauth Presence |
| Oct 25, 2023 | 2 | Norton Correctional Facility - Central | Unauthorized Dealing or Trade |
| Oct 25, 2023 | 2 | Norton Correctional Facility - Central | Restr Area/Unauth Presence |
| Aug 03, 2023 | 1 | Lansing Correctional Facility - Central | Refused UA |
| Dec 21, 2022 | 1 | Lansing Correctional Facility - Central | Use of Stimulants |
| May 04, 2022 | 1 | Lansing Correctional Facility - Central | Being Drunk,Intox,Altered Con. |
| Mar 11, 2022 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Mar 09, 2022 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Mar 09, 2022 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Feb 04, 2022 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Feb 04, 2022 | 1 | Lansing Correctional Facility - Central | Tobacco Contraband Possession |
| Apr 05, 2021 | 1 | Lansing Correctional Facility - Central | Dangerous Contraband |
| Apr 05, 2021 | 1 | Lansing Correctional Facility - Central | Tobacco Contraband Possession |
| Apr 05, 2021 | 2 | Lansing Correctional Facility - Central | Less Dangerous Contraband |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Dec 10, 2019 | 2 | Ellsworth Correctional Facility | Regis. & Use of Pers. Property |
| Nov 05, 2019 | 2 | Ellsworth Correctional Facility | Less Dangerous Contraband |
| Nov 05, 2019 | 2 | Ellsworth Correctional Facility | Regis. & Use of Pers. Property |
| Oct 14, 2019 | 3 | Ellsworth Correctional Facility | Rest Area/Unauth Presence |
| Aug 02, 2019 | 2 | Ellsworth Correctional Facility | Restriction |
| Jul 24, 2019 | 3 | Ellsworth Correctional Facility | Rest Area/Unauth Presence |
| Jul 23, 2019 | 1 | Ellsworth Correctional Facility | Disobeying Orders |
| Jul 23, 2019 | 1 | Ellsworth Correctional Facility | Dangerous Contraband |
| Mar 19, 2017 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Mar 19, 2017 | 2 | Lansing Correctional Facility - Central | Restr Area/Unauth Presence |
| Nov 24, 2016 | 2 | Lansing Correctional Facility - Central | Misuse of State Property |
| Aug 02, 2016 | 1 | Lansing Correctional Facility - Central | Disobeying Orders |
| Aug 02, 2016 | 2 | Lansing Correctional Facility - Central | Misconduct in Dining Room |
| Jul 22, 2016 | 1 | Lansing Correctional Facility - Central | Fighting |
| Jul 04, 2016 | 3 | Ellsworth Correctional Facility | Rest Area/Unauth Presence |
| May 20, 2016 | 2 | Ellsworth Correctional Facility | Regis. & Use of Pers. Property |
| May 20, 2016 | 2 | Ellsworth Correctional Facility | Unauthorized Dealing or Trade |
| Apr 26, 2016 | 3 | Ellsworth Correctional Facility | Rest Area/Unauth Presence |
| Feb 16, 2016 | 2 | Ellsworth Correctional Facility | Tattoos and Body Markings |
| Dec 13, 2015 | 2 | Ellsworth Correctional Facility | Unauthorized Dealing or Trade |
| Dec 04, 2015 | 3 | Ellsworth Correctional Facility | Rest Area/Unauth Presence |
| Oct 29, 2015 | 2 | Ellsworth Correctional Facility | Restr Area/Unauth Presence |
| Sep 28, 2015 | 2 | Ellsworth Correctional Facility | Lying |
| Mar 12, 2006 | 3 | Norton Correctional Facility - Central | Violation of Published Orders |
| Dec 14, 2005 | 3 | Norton Correctional Facility - Central | Rest Area/Unauth Presence |
| Oct 06, 2005 | 3 | Norton Correctional Facility - Central | Rest Area/Unauth Presence |
| Jan 23, 2005 | 2 | Norton Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Dec 19, 2004 | 1 | Norton Correctional Facility - Central | Disobeying Orders |

| Date | Class | Location | Type of report |
|---|---|---|---|
| Dec 19, 2004 | 2 | Norton Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Dec 18, 2004 | 3 | Norton Correctional Facility - Central | Rest Area/Unauth Presence |
| Dec 07, 2004 | 3 | Norton Correctional Facility - Central | Rest Area/Unauth Presence |
| Nov 07, 2004 | 2 | Norton Correctional Facility - Central | Insub/Disrespect Officer/Other |
| Dec 05, 2002 | 3 | Norton Correctional Facility - Central | Rest Area/Unauth Presence |
| Mar 31, 2001 | 3 | Norton Correctional Facility - Central | Rest Area/Unauth Presence |
| Dec 25, 2000 | 3 | Norton Correctional Facility - Central | Violation of Published Orders |
| Sep 03, 2000 | 1 | Topeka Correctional Facility - RDU | Disobeying Orders |