IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JEROME BUFFALOHEAD,** ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-3035-JWL |
| ) | |
| **KEVIN COOK, et al.,** ) | |
|     Defendants. ) | |

### **DECLARATION OF KEVIN COOK**

Comes now, Kevin Cook, and declares under penalty of perjury as follows:

1. My name is Kevin Cook. I am of lawful age to make this declaration and have personal knowledge of the matters stated below.

2. I have reviewed my files pertaining to the incident, which is the subject matter of this litigation, as well as the electronic records of the KDOC. The statements provided herein are either based on personal knowledge, and or drawn from records kept in the ordinary course and scope of business of the KDOC, and they are accurate to the best of my knowledge.

3. I am currently employed by the Kansas Department of Corrections ("KDOC") as a Correctional Officer II, stationed at the Lansing Correctional Facility (LCF).

4. On the evening of July 15, 2022, it was my very first time working in the A3 pod.

5. I was completely unfamiliar with the Residents living in the Pod and I was working alone at that time, as my second officer was on a 30-minute break, due to working overtime.

6. When I arrived to my shift, there were a few residents out of their cells, while other residents were gradually returning from call-outs, work, etc.

7. While I was doing a Security Check, I had a Resident come up to me and said, "C O, can you open 101 for me?" I asked why and he said, "I just came back from Call-Out and need to grab my shower stuff so I can take a Shower."

8. I then keyed the door and walked away to the Officer Station.

9. A few moments later, a Resident asked me to call a Medical Emergency, and when I turned around, I saw Buffalohead with stab wounds to his back. At that moment, I called the alarm.
10. Prior to this incident, I did not have any notable interactions, negative encounters, or conflicts with Buffalohead.
11. Similarly, I did not know the resident who asked me to open cell 101.
12. I was attempting to gain control of the unit and instructing people to lock down; I opened the cell door with the intent to give individuals access to their cells.
13. I had no intention for Buffalohead or any other resident in the unit that day to get hurt. I was attempting to get residents to lock down in their cells.

   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

   Executed on May 1, 2024.

*__Kevin Cook__*
Kevin Cook