IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JEROME BUFFALOHEAD,** ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-3035-JWL |
| ) | |
| **KEVIN COOK, et al.,** ) | |
|     Defendants. ) | |

## DECLARATION OF SCOTT KINCAID

Comes now, Scott Kincaid, and declares under penalty of perjury as follows:

1. My name is Scott Kincaid. I am of lawful age to make this declaration and have personal knowledge of the matters stated below.

2. I have reviewed my files pertaining to the incident, which is the subject matter of this litigation, as well as the electronic records of the KDOC. The statements provided herein are either based on personal knowledge, and or drawn from records kept in the ordinary course and scope of business of the KDOC, and they are accurate to the best of my knowledge.

3. I am currently employed by the Kansas Department of Corrections ("KDOC") as an officer (CSI), stationed at the Lansing Correctional Facility (LCF).

4. On July 15, 2022, at approximately 6:38pm, Buffalohead was attacked by 2 inmates; he submitted multiple personal injury claims, and I had the privilege of leading the investigation into those claims.

5. Pod A3, the cellhouse where Buffalohead resided and was stabbed, is a maximum security cellhouse with schedules dictating when and where residents may be released from their cells.

6. Pod A3 is permanently on "lockdown" due to the heightened security risks of the residents in the unit. This means Pod A3 residents are restricted to their cells unless given approval to exit.

7. During the investigation process, I conducted a review of the pertinent surveillance footage. Regrettably, I misidentified Buffalohead as another inmate who had been subjected to an assault within the same pod albeit at a distinct location on the second floor. This misidentification led to an incorrect determination wherein I concluded that Buffalohead's assertion regarding Officer Kevin Cook unlocking his cell was invalid.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2024.

*__Scott Kincaid__*
Scott Kincaid