# LANSING CORRECTIONAL FACILITY

## MEDICAL DEPARTMENT



**August 22, 2022**

TO:  Whom it may concern

FROM:  Kim Tilson, BSN, RN - Health Service Administrator

RE:  Buffalohead, Jerome #70630 (A3-103)

**Resident has filed an injury claim related needing mental health services since being stabbed on 7/15/2022.**

**SUMMARY:**

The Resident reports having severe mental health issues since being stabbed on 7/15/2022 and bases his injury claim on the fact that he never needed mental health services prior to the attack.  The resident did receive multiple stab wounds on the date of 7/15/2022, most of which were relatively minor. The mental health claim is not accurate. The resident requested psychiatry and psychiatric medications beginning 4/11/2022 for circumstances unrelated to and prior to the aforementioned attack.


If I can be of any more assistance in this manner, please call.