Natasha M. Carter, KS No. 26074
Chief Legal Counsel
Kansas Department of Corrections
714 SW Jackson St, Suite 300
Topeka, KS 66603
Tel: (785) 506-7615
Email: natasha.carter@ks.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **JEROME BUFFALOHEAD,** )  | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-3035-JWL |
| ) | |
| **KEVIN COOK, et al.,** ) | |
|     Defendants. ) | |

**MOTION TO FILE UNDER SEAL AND CONVENTIONALLY**
**EXHIBIT D and E UNDER SEAL AND CONVENTIONALLY OF THE**
**INVESTIGATIVE REPORT PREPARED PURSUANT TO "MARTINEZ V.**
**AARON"**

Comes now, Natasha M. Carter, Chief Legal Counsel directed to prepare a Martinez Report in the above captioned matter and respectfully moves the Court pursuant to local rule 5.4.2 for permission to file certain exhibits under seal and conventionally to be considered as a part of the Martinez Report in the above captioned matter.

In Support of this Motion, Counsel would state as follows:

1.      Pursuant to Local Rule 5.4.2 counsel must file a motion for leave to file documents under seal and conventionally in the Electronic Filing System.

2.      The documents sought to be filed under seal and conventionally are Exhibits D and E, which consists of video footage of the alleged incident and 503 pages of medical records.

The Court is respectfully requested to allow Legal Counsel to file Exhibit D and E to the Martinez Report under seal and in a conventional form rather than electronically.

/s/ Natasha M. Carter
Natasha M. Carter, KS No. 26074
Chief Legal Counsel
Kansas Department of Corrections
714 SW Jackson St, Suite 300
Topeka, KS 66603
Tel: (785) 506-7615
Email: natasha.carter@ks.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on June 28, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Nicholas Cox, #98253
El Dorado Correctional Facility
El Dorado, KS 67042
Plaintiff *pro se*

                                */s/ Natasha M. Carter*
                                Natasha M. Carter