IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JEROME BUFFALOHEAD,

    **Plaintiff,**

    v.                                                                 CASE NO. 24-3035-JWL

KEVIN COOK, et al.,

    **Defendants.**

## ORDER

Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983. Although Plaintiff is currently incarcerated at the Norton Correctional Facility in Norton, Kansas, his claims arose during his incarceration at the Lansing Correctional Facility in Lansing, Kansas. The Court granted Plaintiff leave to proceed in forma pauperis. On April 1, 2024, the Court entered a Memorandum and Order (Doc. 5) finding that the proper processing of Plaintiff's claims cannot be achieved without additional information from appropriate KDOC officials. *See Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1978); *see also Hall v. Bellmon*, 935 F.2d 1106 (10th Cir. 1991). Accordingly, the Court ordered the appropriate KDOC officials to prepare and file a *Martinez* Report. The Report has now been filed. (Doc. 10.)

This matter is before the Court on the KDOC's Motion to File Under Seal and Conventionally (Doc. 11). The motion seeks to file Exhibits D and E to the *Martinez* Report under seal and conventionally. The exhibits consist of video footage of the alleged incident and 503 pages of medical records. (Doc. 11, at 2.) The Court grants the motion.

**IT IS THEREFORE ORDERED BY THE COURT** that the KDOC's Motion to File Under Seal and Conventionally (Doc. 11) is **granted.**

1

**IT IS FURTHER ORDERED** that Exhibits D and E to the *Martinez* Report shall be filed conventionally and under seal.

**IT IS SO ORDERED**.

**Dated June 28, 2024, in Kansas City, Kansas.**

<u>S/   John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**