IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Jerome Buffalohead,
       Plaintiff,

v.                                           Case No. 24-3035-JWL

Kevin Cook, et al.,
       Defendants



## MOTION TO APPOINT COUNSEL

Comes Now Jerome Buffalohead, acting Pro Se and within his own behalf request that this Court will appoint him Counsel. The Plaintiff makes his request for the following reason

### Lack of Education

1. The Plaintiff has no understanding of the law

2. The Plaintiff had assistance within drafting his 42 U.S.C. 1983 by a jailhouse lawyer

1 of 5

3. Plaintiff has 10th grade education only

4. The Issues are complex and will require discoveries, interrogatories, depositions subpoenas. These Things are beyond

PLAINTIFF NEEDS AN ATTORNEY To Adequately Research, Investigate and Prepare Adequate Defenses

5. The plaintiff is launching claims on the defendants that they are falsifying records and disseminating dis-information. Plaintiff doesn't know how to obtain disciplinary histories and/or chronologs and/or interies to show they have a history of entering false and misleading information or had abusive encounters with previous inmates before and upto the encounter with Plaintiff. This information can only be obtained by an attorney with great legal Acumen.

6. Buffalohead is showing that or trying to prove Cook is lying saying "it's his first time working that post/position." He needs an attorney that knows how to obtain the "officer's Post log entrie Book" To show this officer has worked A3 cellhouse before.

7. Plaintiff is not allowed to review the camera footage or get copies to ~~steal the~~ launch a defense ~~and prove~~ they intentionally opened the cell, and Buffalohead and his cellmate were secured in their cell when the door was unlawfully opened by defendant(s), to allow the attackers to enter his cell.

8. Buffalo head needs an attorney to obtain the policies and procedures for cell operations in regards to securing cells, opening cells and verifying that the correct cells are opened. This policy is needed to show the defendants violated their own cell operation policy willfully to show characteristics of deliberate indifference. Plaintiff has no clue on how to obtain these policies.

9. Plaintiff needs an attorney to get his medical records from the outside hospital to show the extent of his serious injuries and to subpoena medical staff that tended to his injuries to rebut the ~~defendants~~ medical staff in regards to their recollection of his injuries to show the staff KDOC staff are lying trying to cover up the seriousness of and the timing of and their direct willful involvement of these injuries.

3 of 5

10. Plaintiff has no clue on how to investigate, research and conduct depositions or interrogatories. Plaintiff doesn't know how to ask the right questions to get the correct answers.

11. Plaintiff wants and needs these robust defenses to be able to launch defenses in a manner that will protect his due process rights under the 14th and 6th Amend.

    Wherefore The Plaintiff prays that this Court will understand that I don't have the ability to represent myself and appoint me counsel, and any other remedy that the Court finds Just and Suitable.

Respectfully Submitted #70630

*Jerome Buffalohead*    July 4, 2024

Jerome Buffalohead #70630

NCF

P.O. Box 546

Norton, Kansas 67257

NOTARY PUBLIC - State of Kansas
ERIC JORGENSEN
My Appt Expires 12/6/27

Signed before me on 7/4/24

*Eric Jorgensen*

4 of 5

Certificate of Service

I hereby Certify that a true and Correct Copy of the plaintiffs Motion to Appoint Counsel was E-filed on July 4, 2024 To the clerk of the district Court, 490 U.S. Courthouse, 444 SE Quincy, Topeka Kansas 66683

*[signature]*
Jerome Buffalohead #70630