IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JEROME BUFFALOHEAD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 24-03035-TC-TJJ |
| | ) |
| **KEVIN COOK,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**CLERK'S FOURTEEN-DAY EXTENSION**

Pursuant to Local Rule 77.2, Kevin Cook and (fnu) Kincaid ("Defendants"), should be and hereby are granted fourteen (14) additional days in which to answer or otherwise plead to the Complaint filed herein. This is the first request for an extension by these Defendants. Defendants' answer or other responsive pleading is originally due November 15, 2024. The time to answer has not expired. Defendant's answer or other responsive pleading is now due on or before November 29, 2024.

Dated this 6th day of November, 2024.

                                              Clerk of the United States District Court
                                              for the District of Kansas

                                              By: s/ J. Kendall
                                                      Deputy Clerk

PREPARED BY:

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
Telephone: (785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2024, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

Jerome Buffalohead #70630
Norton Correctional Facility
P.O. Box 546
Norton, KS 67654
*Plaintiff, pro se*

*/s/ Matthew L. Shoger*
Matthew L. Shoger
Assistant Attorney General