**In the United States District Court
for the District of Kansas**

———————

Case No. 24-cv-3035-TC-TJJ

———————

JEROME BUFFALOHEAD,

*Plaintiff*

v.

KEVIN COOK, ET AL.,

*Defendant*

———————

## ORDER

On December 2, 2024, Defendant Kevin Cook filed a motion to dismiss Plaintiff Jerome Buffalohead's claims for lack of subject-matter jurisdiction. Doc. 23. Buffalohead has not filed a response.

In this District, parties have 21 days to respond to dispositive motions. D. Kan. Rule 6.1(d)(1). Where a party declines to file a timely response in opposition, courts are instructed to "consider and decide the motion as an uncontested motion." D. Kan. Rule 7.1(c). "Ordinarily, the court will grant the motion without further notice." *Id.*

One month has passed since Cook filed his motion to dismiss, and Buffalohead missed his deadline to file a response. Nonetheless, given the strong preference for resolving claims on their merits, Buffalohead will be given an opportunity to provide information about his failure to respond before Cook's motion is granted. *Cf. Miller v. Dep't of Treasury*, 934 F.2d 1161, 1162 (10th Cir. 1991).

**IT IS THEREFORE ORDERED THAT** Plaintiff Jerome Buffalohead is directed to show cause **within 14 days** why Defendant Kevin Cook's motion to dismiss, Doc. 23, should not be granted as unopposed. If he fails to do so, his claims may be dismissed without further notice.

It is so ordered.

Date: January 3, 2025            s/ Toby Crouse
                                Toby Crouse
                                United States District Judge