### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JEROME BUFFALOHEAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 24-3035-TC-TJJ |
| | ) |
| KEVIN COOK, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS,**

Defendants Kevin Cook and (fnu) Kincaid ("Defendants") submit this Reply in further support of their Motion to Dismiss (Doc. 23). Defendants interpret Plaintiff's "Motion to Stay" (Doc. 26) as a Response to their Motion to Dismiss (Doc. 23) and to the Court's January 3rd Order to Show Cause (Doc. 25). *See Home Loan Inv. Co. v. Saint Paul Mercury Ins. Co.*, 827 F.3d 1256, 1270 n.12 (10th Cir. 2016) ("a party's failure to properly characterize the relief it seeks does not control our review [because] we look beyond the form of the motion to the substance of the relief requested"). Defendants assert that Plaintiff's Response fails to overcome the legal arguments in their Motion. Accordingly, Defendants' Motion should be granted in its entirety. Defendants incorporate herein, as if set forth in full, the arguments and authorities in their Motion. (Doc. 23.) Defendants' Motion should be granted for the reasons previously stated.

Plaintiff's Response appears to address the merits of his claims, apparently seeking to avoid dismissal, but Plaintiff fails to substantively address any of the legal or factual arguments in Defendants' Motion. As such, Defendants do not believe the contents of Plaintiff's Response merit any further reply. Defendants' Motion is now ripe for the Court to rule on.

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of January, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Natasha Carter
Kansas Department of Corrections
714 SW Jackson, Suite 300
Topeka, KS 66603
natasha.carter@ks.gov
*Attorney for Kansas Department of Corrections, Interested Party*

I also certify that a copy of the above will be served by means of first-class mail, postage prepaid, addressed to:

Jerome Buffalohead #70630
Norton Correctional Facility
P.O. Box 546
Norton, KS 67654
*Plaintiff, pro se*

                                            */s/ Matthew L. Shoger*
                                            Matthew L. Shoger
                                            Assistant Attorney General