**In the United States District Court
for the District of Kansas**

---

Case No. 24-cv-03035-TC

---

Jerome Buffalohead,

*Plaintiff*

v.

Kevin Cook,
(fnu) Kincaid,

*Defendants*

---

## JUDGMENT IN A CIVIL CASE

☐ Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒ Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**Pursuant to the Court's Memorandum and Order filed on December 31, 2025, judgment is entered in favor of Defendants and this case is dismissed.**

Date:  December 31, 2025      SKYLER B. O'HARA
                              CLERK OF THE DISTRICT COURT

                              By:   s/   Traci Anderson
                                        Deputy Clerk